FILED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  DEPUTY

AUSA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8120

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>San Juana SALDANA-Delgado,<br><br>              Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about February 8, 2008, within the Southern District of California, defendant San Juana SALDANA-Delgado, did knowingly and intentionally import approximately 43.48 kilograms (95.66 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Hugo A. Leon*
Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, FEBRUARY 11, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Hugo A. Leon, declare under penalty of perjury that the following is true and correct:

On February 8, 2008, at approximately 1313 hours, San Juana SALDANA Delgado, a citizen of Mexico, entered the United States from Mexicali, Baja California Mexico at the Calexico, California West Port of Entry. SALDANA Delgado was the driver, registered owner, and sole occupant of a white 1989 Chevrolet Blazer bearing Baja California license plates BEA7612. Customs and Border Protection (CBP) Officers discovered twenty seven (27) vacuum sealed packages weighing 43.48 kilograms (95.66 pounds) concealed throughout the Blazer. One of the packages was probed, producing a green, leafy, organic substance that field-tested positive for the indication of marijuana.

SALDANA Delgado was arrested in violation of Title 21 United States Code Section 952 and 960, Importation of a Controlled Substance. SALDANA Delgado acknowledged and waived her Miranda rights. SALDANA Delgado admitted to knowledge that the Blazer contained marijuana, stating that she would be paid $1000.00 (US dollars) to drive the Blazer into the United States and park it at Pep Boys in Calexico, California. SALDANA Delgado also admitted to being an imposter on an Immigration Border Crossing Card (DSP-150) and lying about who owned the Blazer to CBP Officers while applying for entry into the United States. SALDANA Delgado was processed and transported into the Imperial County Jail to await her initial appearance before a United States Magistrate Judge.

Executed on February 8, 2008 (date) at 1730 (hours).

*Hugo A. Leon*

Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 2-8-08 in violation of Title 21, United States Code, Section(s) 952 & 960.

United States Magistrate Judge

2/9/08  9:15 AM
Date/Time