FILED
MAR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___TM___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 704-BTM |
|---|---|---|
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| SAN JUANA SALDANA-DELGADO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 8, 2008, within the Southern District of California, defendant SAN JUANA SALDANA-DELGADO, did knowingly and intentionally import approximately 43.48 kilograms (95.66 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>March 11, 2008</u>.

KAREN P. HEWITT
United States Attorney

*/s/ John A. Weinstein*
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh: Imperial
3/11/08