

```
 1
 2
 3
 4
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  SOUTHERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,     )  Criminal No.08CR704-BTM
                                  )  CONSENT TO RULE 11 PLEA IN A
11              Plaintiff,        )  FELONY CASE BEFORE UNITED
                                  )  STATES MAGISTRATE JUDGE
12  v.                            )
                                  )
13                                )
    San Juana Saldana-Delgado ,   )
14                                )
                Defendant.        )
15  _____)
16
17       I have been advised by my attorney and by the United States
18  Magistrate Judge of my right to enter my plea in this case
19  before a United States District Judge.  I hereby declare my
20  intention to enter a plea of guilty in the above case, and I
21  request and consent to have my plea taken by a United States
22  Magistrate Judge pursuant to Rule 11 of the Federal Rules of
23  Criminal Procedure.
24       I understand that if my plea of guilty is taken by the
25  United States Magistrate Judge, and the Magistrate Judge
26  recommends that the plea be accepted, the assigned United States
27  District Judge will then decide whether to accept or reject any
28  plea agreement I may have with the United States and will
```



1 | adjudicate guilt and impose sentence.

2 |     I further understand that any objections to the Magistrate
3 | Judge's findings and recommendation must be filed within 14 days
4 | of the entry of my guilty plea.

7 | Dated: 3/25/08        *San Juana Saldana Delgado*
                                San Juana Saldana-Delgado
8 |                                 Defendant

11 | Dated: 3/25/08
12 |                                 Stephen Edward Hoffman
                                Attorney for Defendant

14 |     The United States Attorney consents to have the plea in
15 | this case taken by a United States Magistrate Judge pursuant to
16 | Criminal Local Rule 11.2.

19 | Dated: 3/25/08
20 |                                 John F. Weis
                                Assistant United States Attorney