# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR0704-BTM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| SanJuana Saldana - Delgado | ) | Booking No. 05984298 |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **June 20, 2008** the Court entered the following order:

✓ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

✓ Defendant sentenced to TIME SERVED, supervised release for **3** years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**BARRY TED MOSKOWITZ**

UNITED STATES MAGISTRATE JUDGE

Received _____ DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____ Deputy Clerk

Crim-9  (Rev 6-95)                                                    U.S. GPO: 1996-783-398/40151

CLERKS' COPY